UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                          Case No. 18-23930-BKC-PGH

EMMA BUMSHTEYN,                                 Chapter 7

     Debtor.
_____/

**TRUSTEE'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Kenneth A. Welt, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Emma Bumshteyn (the "Debtor"), by counsel, on an agreed *ex parte* basis, pursuant to Fed. R. Bankr. P. 4004, requests the Court enter an order extending the Trustee's deadline within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including September 29, 2020.

1.     On November 8, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Kenneth A. Welt was appointed interim trustee and became permanent trustee by operation of law.

2.     On December 13, 2018, the Trustee concluded the Section 341 Meeting of Creditors [ECF No. 2].

3.     On May 5, 2020, the Trustee took the Rule 2004 Examination *Duces Tecum* of Yevgeniya Bumshteyn, the Debtor's granddaughter, who received certain transfers from the Debtor. At the conclusion of this Rule 2004 Examination, the Trustee requested that Ms. Bumshteyn produce additional documents and records; she promised to do so by June 12, 2020.

4.     The Debtor's granddaughter produced some, but not all, of the requested documents.

5.    Unfortunately, the Trustee has yet to be provided with all of the outstanding Documents requested.

6.    Many of the requested Documents pertain to the apparent loss (or disposition) of significant assets prior to the Petition Date.

7.    As such, the Trustee requires production of all of the requested documents in order for the Trustee to complete his investigation into the Debtor's financial affairs and ascertain whether grounds exist for an objection to the Debtor's discharge, pursuant to 11 U.S.C. § 727.

8.    The present deadline for Trustee to file a complaint objecting to the Debtor's discharge is July 31, 2020.

9.    Accordingly, the Trustee requests an extension of time to file a complaint objecting to Debtor's discharge, through and including September 29, 2020.

10.    Undersigned counsel conferred with the Debtor's counsel, who has no objection to the relief requested herein.

WHEREFORE, Trustee respectfully requests that the Court enter an order extending the Trustee's deadline within which to file a complaint objecting to the Debtor's discharge, up to and including September 29, 2020, and for such other and further relief as the Court deems just and proper.

Dated: July 29, 2020

LEIDERMAN SHELOMITH ALEXANDER
+ SOMODEVILLA, PLLC
Attorneys for Kenneth A. Welt
2699 Stirling Road, Suite C401
Fort Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: _____/s/_____
      ZACH B. SHELOMITH
      Florida Bar No. 0122548
      zbs@lsaslaw.com

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served on July 29, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Emma Bumshteyn, 1849 S Ocean Dr # 1507, Hallandale Beach, FL 33009.

By: _____ /s/ _____

Zach B. Shelomith