

**ORDERED in the Southern District of Florida on July 29, 2020.**

*Paul G. Hyman, Jr., Judge*
**Paul G. Hyman, Jr.,Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-23930-BKC-PGH |
| EMMA BUMSHTEYN, | Chapter 7 |
| Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING TRUSTEE'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

THIS CAUSE came on before the Court upon the Trustee's Agreed *Ex Parte* Motion for Extension of Time to Object to File Complaint Objecting to Debtor's Discharge [ECF No. 75] (the "Motion"), and the Court, having reviewed the Motion and the file, noting the Debtor's agreement to the relief set forth herein, and being otherwise duly advised in the matter, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee's deadline to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 shall be extended, up to and including September 29, 2020.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all interested parties and to file a certificate of service.